1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ODELL GROOMS
4  Special Assistant United States Attorney

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8                          FRESNO DIVISION

9  DAVID L. JACKSON,                    Case No. 1:10-cv-00558-GSA

10            Plaintiff,                STIPULATION FOR EXTENSION OF
                                        TIME IN WHICH TO FILE
11      v.                              DEFENDANT'S RESPONSIVE BRIEF,
                                        AND PROPOSED ORDER
12 MICHAEL J. ASTRUE, Commissioner of
   Social Security,
13
              Defendant
14

15

16      The parties hereby stipulate by counsel, with the Court's approval as indicated by

17 issuance of the attached Order, that Defendant shall have an extension of time of 30 days in

18 which to respond to Appellant's Opening Brief, up to and including March 21, 2011.

19 Defendant's answering brief is currently due February 17, 2011. The undersigned Attorney

20 for the Defendant seeks this extension of time to file an answering brief after having been

21 away from his office and out of the State of California during the past two weeks due to the

22 death of a parent, which necessitated travel to the east coast for funeral arrangements and

23 attendance.  Further, immediately upon return to the office, the undersigned served as Social

24 Security Administration representative on already scheduled formal proceedings before

25 another forum away from the normal duty location.

26 ///

27 ///

28 ///

The undersigned Attorney for the Defendant respectfully apologizes to the Court for the delay in the proceedings.  He further assures the Court that this request for delay is in no way an attempt to unduly delay these proceedings.

Respectfully submitted,

Dated: February 16, 2011

_/s/ Laura E. Krank_
(Via email authorization on 02/15/11)
LAURA E. KRANK
Attorney for Plaintiff

Dated: February 16, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

_/s/ Odell Grooms_
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   February 16, 2011**        _/s/ **Gary S. Austin**_
UNITED STATES MAGISTRATE JUDGE

2